1   JODI LINKER
    Federal Public Defender
2   Northern District of California
    JOHN PAUL REICHMUTH
3   Assistant Federal Public Defender
    13th Floor Federal Building - Suite 1350N
4   1301 Clay Street
    Oakland, CA 94612
5   Telephone:   (510) 637-3500
    Facsimile:   (510) 637-3507
6   Email:       Lisa_Ma@fd.org

7

8   Counsel for Defendant Cervantes

9

10                  IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13

14   UNITED STATES OF AMERICA,            Case No.: CR 21–328 YGR

15              Plaintiff,                **DEFENSE AUDIO AND VISUAL
                                          EXHIBITS PLAYED DURING TRIAL**
16        v.
                                          **Court:**        Courtroom 1, 4th  Floor
17   DAVID CERVANTES, JAMEZ PEREZ,
     GEORGE FRANCO, and GUILLERMO
18   SOLORIO,

19              Defendants.

20

21

22        On behalf of all defense counsel, the undersigned submits to the Court all of the electronic

23   audio and visual evidence played for the jury during the trial of this matter by defense counsel, so it

24   will be available for the record and for the jury to review in the courtroom per the Court's ruling

25   denying that extrinsic audiovisual evidence of impeachment will not go back to the jury room.  All

26   defendants preserve their objections and request that this evidence go back to the jury room with the

27   other evidence in the case.

28        Attached as Exhibit A is a spreadsheet of the exhibits by Defense Exhibit Number.  Attached as

Exhibit B and filed manually to the Court is a USB drive containing all of those exhibits in electronic

DEFENSE AUDIO AND VISUAL EXHIBITS
*CERVANTES*, CR 21–328 YGR

1 | form.  The audio and visual files have been shared with government counsel by shared drive.

2 |      The USB (Ex. B hereto) is labeled "Defense Exhibits Audio/Video Clips played in court."  The

3 | Exhibit Numbers are 718-1, 743-2, 743-3, 744-1, 747-1, 748-1, 751-1, 751-2, 626-1, 626-3, 630-3,

4 | 772-7, 663B-1, 781, 670A-1, 681-1, 683C-3, 683C-4, 684B-1, 692A-2, 683C-9, and 683C-10.

5

6

7 | Dated:    September 12, 2024        Respectfully submitted,

8 |         JODI LINKER
        Federal Public Defender

9 |         Northern District of California

10

11 |         John Paul Reichmuth
        JOHN PAUL REICHMUTH

12 |         Assistant Federal Public Defenders

13 |         Counsel for Defendant Cervantes

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENSE AUDIO AND VISUAL EXHIBITS
*CERVANTES*, CR 21–328 YGR

2

Exhibit A:  Spreadsheet of Defense Exhibits Played During Trial

UNITED STATES v. DAVID CERVANTES, JAMES PEREZ, GUILLERMO SOLORIO, GEORGE FRANCO
CASE NO. 21-CR-328-YGR

## AUDIO VIDEO CLIPS-PLAYED IN COURT

| DEFENSE EXHIBIT NO. | BATES NUMBER | WITNESS | DATE PLAYED | DESCRIPTION |
|---|---|---|---|---|
| 718-1 | CS_DM_000128 | Donald Moran | 6/26/2024 | Clip 1 7:00 - 7:08, Pg. 9, Lines 2 to 9 |
| 743-2 | CS_DM_000126 | Donald Moran | 6/27/2024 | Clip 2 - 1:28:10 - 1:28:27, Pg. 85, Lines 16 to 18 |
| 743-3 | CS_DM_000126 | Donald Moran | 6/27/2024 | Clip 3 - 1:29:55 - 1:3015 Pg. 87, Lines 23 to Pg. 88, Line 2 |
| 744-1 | CS_DM_000128 | Donald Moran | 6/27/2024 | Clip 1 - 13:42 - 14:37,  Pg. 18, Lines 5 to 24 |
| 747-1 | CS_DM_000127 | Donald Moran | 6/27/2024 | Clip 1 - 5:45 - 6:03, Pg. 5 Lines 16 to 23 |
| 748-1 | CS_DM_000124 | Donald Moran | 6/27/2024 | Clip 1 - 20:45 - 20:50, Pg. 15, Lines 9 to 10 |
| 748-2 | CS_DM_000124 | Donald Moran | 6/27/2024 | Clip 2 - 20:59 - 21:22, Pg. 15, Lines 16 to 22 |
| 751-1 | CS_DM_000134 | Donald Moran | 6/27/2024 | Clip 1 - 4:00 - 4:33, Pg. 3, Line 22 to Pg. 4, Line 5 |
| 751-2 | CS_DM_000134 | Donald Moran | 6/27/2024 | Clip 2 - 1:52 - 3:24, Pg. 2, Line 18 to Pg. 3, Line 13 |
| 626-1 | CS_JC_000113 | Joshua Cortez | 7/15/2024 | Clip 1 - 1:52 - 3:16, Pg. 3, Line 5 to Pg. 4, Line 6 |
| 626-3 | CS_JC_000113 | Joshua Cortez | 7/15/2024 | Clip 3 - 4:43 - 5:20, Pg. 5, Line 18 to Pg. 6, Line 1 |
| 630-3 | CS_JC_000117 | Joshua Cortez | 7/15/2024 | Clip 3 - 42:42 - 43:02, Pg. 42, Lines 21 to 25 |
| 772-7 | | Joshua Cortez | 7/17/2024 | Clip 7 - 13:19 - 13:49, Pg. 5, Lines 19 to 27 |
| 663B-1 | CS_JS_000329 | Joshua Soto | 7/31/2024 | Clip 1 - 4:46 - 5:57, Pg. 4, Lines 4 to 17 |
| 781 | CS_JS_001272 | Joshua Soto | 7/31/2024 | 9/16/2021 Joshua Soto Jail Call (Clip) |
| 670A-1 | CS_DJ_000133 | Duane Jefferson | 8/5/2024 | Clip 1 - 1:29:50 - 1:30:12, Pg. 88, Line 19 to Pg. 89, Line 3 |
| 681-1 | CS_DJ_000268 | Duane Jefferson | 8/5/2024 | Clip 1 - 15:58 - 16:31, Pg. 1, Lines 5 to 23 |
| 683C-3 | CS_MR_000451 | Matt Rocha | 8/12/2024 | Clip 3 - 22:08 - 22:25, Pg. 29, Lines 7 to 14 |
| 683C-4 | CS_MR_000451 | Matt Rocha | 8/12/2024 | Clip 4 - 22:24 - 22:38, Pg. 29, Lines 14 to 22 |
| 684B-1 | CS_MR_000453 | Matt Rocha | 8/12/2024 | Clip 1 - 42:51 - 43:28, Pg. 46, Lines 1 to 15 |
| 692A-2 | CS_MR_000663 | Matt Rocha | 8/13/2024 | Clip 2 - 57:43 - 58:06, Pg. 44, Lines 15 to 20 |
| 683C-9 | CS_MR_000451 | Andrew Jimenez | 9/4/2024 | **Clip 9 - 23:33 - 23:52, Pg. 31, Lines 1 to 8** |
| 683C-10 | CS_MR_000451 | Andrew Jimenez | 9/4/2024 | **Clip 10 - 25:11 - 25:30, Pg. 33, Lines 9 to 16** |

Exhibit B:  USB Drive of Defense Exhibits Played During Trial
(Served on Government By Shared Drive)

1  JODI LINKER
   Federal Public Defender
2  Northern District of California
   JOHN PAUL REICHMUTH
3  Assistant Federal Public Defender
   13th Floor Federal Building - Suite 1350N
4  1301 Clay Street
   Oakland, CA 94612
5  Telephone:    (510) 637-3500
   Facsimile:    (510) 637-3507
6  Email:        John_Reichmuth@fd.org

7

8  Counsel for Defendant Cervantes

9

10               IN THE UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          **Case No.:** CR 21–328 YGR

14          Plaintiff,                 **EXHIBIT B TO DEFENSE AUDIO AND
                                        VISUAL EXHIBITS PLAYED DURING**
15          v.                         **TRIAL**

16  DAVID CERVANTES, JAMES PEREZ,
    GEORGE FRANCO, and GUILLERMO
17  SOLORIO,

18          Defendants.

19

20

21                **MANUAL FILING NOTIFICATION**

22  Regarding Exhibit B to Defense Audio and Visual Exhibits Played During Trial:

23       This filing is in paper or physical form only, and is being maintained in the case file in

24  the Clerk's office.

25       If you are a participant on this case, this filing will be served in hard-copy shortly.

26       For information on retrieving this filing directly from the court, please see the court's

27  main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

28

EXHIBIT B TO DEFENSE AUDIO AND VISUAL EXHIBITS PLAYED DURING TRIAL: NOTICE OF MANUAL FILING
*CERVANTES*, CR 21–328 YGR

1

1

2          This filing was not efiled for the following reasons:

3

4    _____ Voluminous Document (PDF file size larger than efiling system allowances)

5    _____ Unable to Scan Documents

6    __X__ Physical Object (description): _____ One (1) USB drive _____

7    _____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

8    _____ Item Under Seal

9    _____ Conformance with the Judicial Conference Privacy Policy (General Order 53).

10   _____ Other (description):

11

12

13   Dated:    September 12, 2024                 Respectfully submitted,

14
                                                 JODI LINKER
15                                               Federal Public Defender
                                                 Northern District of California
16

17                                         _____/S/_____
                                                 JOHN PAUL REICHMUTH
18                                               Assistant Federal Public Defender

19

20

21

22

23

24

25

26

27

28