JODI LINKER
Federal Public Defender
Northern District of California
JOHN PAUL REICHMUTH (CASBN 194844)
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:  (510) 637-3500
Facsimile:  (510) 637-3507
Email:  john_reichmuth@fd.org

Counsel for Defendant CERVANTES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID CERVANTES, ET AL.<br><br>Defendant. | **Case No.:** CR 21–328 YGR<br><br>JOINT CERTIFICATION OF ADMITTED DEFENSE TRIAL EXHIBITS |

Pursuant to Local Criminal Rule 55-1 and Local Civil Rules 5-1(g) and 79-4(a) and (b), the undersigned counsel have reviewed the exhibits filed electronically and seal and confirm that they are true and correct copies of the exhibits submitted to the trier of fact in the matter, except that, consistent with rulings made by the Court during trial, all Personal Identifying Information from the exhibits has been redacted (including DOBs, home addresses, financial data, and CDCR and PID numbers). No counsel object to an enlargement of time for the filing of these exhibits pursuant to the Local Rules.

June 5, 2025

Respectfully submitted,
CRAIG H. MISSAKIAN
United States Attorney

/s
LEIF DAUTCH
MARI OVERBECK
ASEEM PADUKONE
Assistant United States Attorneys

/s
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
Counsel for Defendant Cervantes

/s
MARSANNE WEESE
NATHANIEL JOSEPH TORRES
Counsel for Defendant Franco

/s
ERIK G. BABCOCK
SHAWN HALBERT
Counsel for Defendant Perez

/s
BRIAN H. GETZ
Counsel for Defendant Solorio