

DEFENDANT'S(S')
EXHIBIT
Case Number:
21-cr-000328-YGR
Exhibit Number:
731
Page 1 of 1