

NF CDCR-0016124

NF CDCR-0016124

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

DEFENSE EXHIBIT 762-10