

ATTACHMENT E

## CRIME SCENE PHOTO EVIDENCE LOG

DATE OF INCIDENT: 12/12/2015    INCIDENT LOG #SOL-SFB-15-12-0292    LOCATION: FACILITY B YARD

DATE PHOTO LOG INITIATED 12/14/2015

TYPE OF INCIDENT: ATT. HOMICIDE    VIOLATION: 3005 (d) (1)

NAME AND CDC# OF SUSPECT(S)/VICTIM(S): (S) VILLAGRANA (Redacted)
NUMBER OF PHOTOS: 19

| Frame | Description |
|---|---|
| FRAME # 01 | Photo number one depicts an overall view of VILLAGRANA lying in the hospital bed. |
| FRAME # 02 | Photo number two depicts an overall view of the left side of VILLAGRANA's face with injuries |
| FRAME #03 | Photo number three depicts a close up of VILLAGRANA's left side of his face with wounds inside, behind, an in front of his left ear. |
| FRAME #04 | Photo number four depicts an overall view of the left front side of VILLAGRANA's face with swelling, a wound above his left eye and blood from his nose. |
| FRAME #05 | Photo number five depicts an overall view of VILLAGRANA's neck/chin area with a wound to the right side of his neck. |
| FRAME #06 | Photo number six depicts a close up view of the injury to the right side of his neck /chin area. |
| FRAME #07 | Photo number seven depicts a close up of a wound to VILLAGRANA's right jaw area. |
| FRAME #08 | Photo number eight depicts a close up view of several wounds in front of VILLAGRANA's right ear. |
| FRAME #09 | Photo number nine depicts a close up view of two wounds to the right side of VILLAGRANA's head. |
| FRAME #10 | Photo number ten depicts a close up view of a wound to the right side of VILLAGRANA's right brow area near his right eye. |
| FRAME #11 | Photo number eleven depicts a close up view of three wounds to the back right side of VILLAGRANA's neck. |
| FRAME #12 | Photo number twelve depicts a close up view of two wounds to the back of VILLAGRANA's head. |
| FRAME #13 | Photo number thirteen depicts an overall view of the back right side of VILLAGRANA's head. |
| FRAME #14 | Photo number fourteen depicts an overall view of multiple injuries to the back of VILLAGRANA's head. |
| FRAME #15 | Photo number fifteen is an overall view of VILLAGRANA's left hand. |
| FRAME #16 | Photo number sixteen is a close up view of the injuries to VILLAGRANA's right hand. |
| FRAME #17 | Photo number seventeen is an overall view of injuries to VILLAGRANA's left wrist area. |
| FRAME #18 | Photo number eighteen is a close up view of injuries inside VILLAGRANA's left palm. |
| FRAME #19 | Photo number nineteen is a second angle of VILLAGRANA's left palm. |

D. LETOURNEAU
(Name of Photographer – Printed)

(Signature)

N/A
(Name of Scribe – Printed)

N/A
(Signature)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NF CDCR-0016099
NF CDCR-0016099

DEFENSE EXHIBIT 764