

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NF CDCR-0018044

DEFENSE EXHIBIT 782 - 1